UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


SAM W. GOODSON,

       Petitioner,

v.                                                                  CASE NO. 6:06-cv-897-Orl-19DAB

SECRETARY, DEPARTMENT OF CORRECTIONS, et al.,

       Respondents.

_____

**ORDER**

Petitioner has filed an Amended Petition for Habeas Corpus Relief (Doc. No. 6, filed July 17, 2006), which again exceeds twenty pages in length and is in violation of Local Rule 3.01(c).  The Court previously warned Petitioner about such a pleading; yet, Petitioner chose to ignore the Court's instructions.  Consequently, Petitioner's Amended Petition for Habeas Corpus Relief (Doc. No. 6, filed July 17, 2006) is hereby **STRICKEN,** and it shall be removed from the record and returned to Petitioner by the Clerk of the Court.

Within eleven (11) days from the date of this Order, Petitioner shall refile his habeas petition on the appropriate habeas form, and, as to each claim, he shall set forth on the form itself a brief and concise description of the claim with supporting facts.  Petitioner ***should not*** incorporate a memorandum of law into the habeas form.  Within the same time-frame, Petitioner may file a *separate* memorandum of law providing legal argument in support of his claims, which shall not exceed twenty pages in length.  The failure to ***fully*** comply with

this Order will result in the dismissal of this action without further notice.

  **DONE AND ORDERED** in Chambers at Orlando, Florida, this 18th day of July,

2006.

         *David A. Baker*

         DAVID A. BAKER
        UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 7/18
Sam W. Goodson